EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS, <br><br> Plaintiff, <br><br> vs. <br><br> CUSTOM WHEELS UNLIMITED, INC. a/k/a WHEEL SPECIALTIES, LTD., CO., <br><br> Defendant. | Case No. 2:08-CV-01599 MMM (VBKx) <br><br> [~~PROPOSED~~] PROTECTIVE ORDER <br><br> DATE: N/A <br> TIME: N/A <br> CTRM: N/A <br><br> Hon. Margaret M. Morrow |

NOTE CHANGES MADE BY THE COURT.

Pursuant to the stipulation for entry of a protective order governing disclosure of confidential and/or proprietary information, and for good cause shown,

IT IS ORDERED that the parties' stipulation is approved and shall be the Order of the Court. The terms of the parties' stipulation are incorporated herein.

Note: parties must comply with L.R. 79-5 re filing under seal.

DATED: 6/26/08

Hon. ~~Margaret M. Morrow~~ VICTOR B. KENTON
United States ~~District Court~~ Judge