UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CUSTOM WHEELS UNLIMITED, INC.,<br><br>    Defendants. | CASE NO. CV 08-01599-MMM(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: July 3, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE